# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DONALD ELLIS and MARY ELLIS**  PLAINTIFFS

v.  No. 3:17-cv-309-DPM

**ADHAM A. SHEHADA; A1 FREIGHT, INC;
and JOHN DOES 1-2**  DEFENDANTS

## JUDGMENT

1. Mary Ellis's claims against all defendants are dismissed without prejudice.

2. Donald Ellis's claims against all defendants are dismissed with prejudice. The Court retains jurisdiction until 26 April 2019 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2019